AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts Southern
District of Texas
FILED

*11/17/2022*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Raymond Joe PERALEZ | ) | Case No. V-22-0062M |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 11, 2022** in the county of **Goliad** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A)(ii) | did knowingly or in reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the Unites states by means of transportation or otherwise, in furtherance of such violation of law |

This criminal complaint is based on these facts:
(See attachment A)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Carl E. Marshall, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found:

Date: November 17, 2022

_____
*Judge's signature*

City and state: Corpus Christi, Texas

Mitchel Neurock, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

## AFFIDAVIT

I, Carl E. Marshall, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with United States Department of Homeland Security, Homeland Security Investigations (HSI), and I have been employed in this position since September 2015. My responsibilities include investigating criminal violations relating to offenses committed against the United States including but not limited to, immigration violations, controlled substances violations, financial crimes, fraud, and child exploitation.

2. Since this affidavit is being submitted for the limited purpose of obtaining an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish the necessary foundation to establish probable cause for the issuance of the arrest warrant.

3. Because of my personal participation in this investigation and of reports, oral and written, made to me by other law enforcement officials, and interviews of witnesses involved firsthand in matters surrounding this investigation, I am familiar with the circumstances of the offenses described in the Affidavit. On the basis of this direct participation and on the basis of my training and experience set forth herein, I state the facts contained in this Affidavit show the following:

4. There is probable cause to believe that Raymond Joe PERALEZ is in violation of Title 8 United States Code 1324, Alien Smuggling.

5. On November 15, 2022, Goliad County Sheriff's Deputy M. Slovak initiated a vehicle stop on a Gray Toyota Highlander SUV that was driving northbound on Highway 59 in Goliad, Texas. The vehicle was traveling in excess of the posted speed limit. When Deputy Slovak first observed the vehicle, only two vehicle passengers were visible. Once Deputy Slovak initiated the vehicle stop, several additional passengers sat up in the vehicle and became visible. As Deputy Slovak exited his patrol unit and approached the Highlander, he observed

still additional people laying down in the floorboard of the back seat. Deputy Slovak observed that all occupants of the vehicle, apart from the driver, were dressed in worn and travel soiled camouflage clothing and there was a strong smell of body odor emanating from the vehicle, consistent with Deputy Slovak's experience of people that had walked through the brush for long durations.

6. The driver, identified as Raymond Joe PERALEZ, admitted to the deputy that he did not possess a driver's license. The vehicle's registration was also determined to be expired. Deputy Slovak interviewed the driver and then the occupant of the front passenger seat, Ramon MAYA-Gonzalez, and observed numerous conflicting stories regarding their travel origin, destination, claimed familial status, and their inability to speak in a common language. Suspecting that the vehicle occupants were involved in a human smuggling event, Deputy Slovak detained the vehicle and its occupants and transported them to the Goliad County Sheriff's Office. HSI Victoria was contacted and responded. In addition to the driver, there were six undocumented immigrants in the vehicle, two of which were unaccompanied minors.

7. At approximately 9:30am, Agent C. Marshall of HSI Victoria office and J. Cockroft of the Goliad County Sheriff's Department interviewed Raymond Joe PERALEZ. The interview was audio and video recorded. PERALEZ was provided his Miranda Warning in his preferred English language, which he signed indicating that he both acknowledged and waived his rights and was willing to speak with investigators. PERALEZ then admitted to investigators that he was knowingly smuggling undocumented immigrants.

8. PERALEZ was asked to describe the events leading to his arrest. PERALEZ stated that he works at the Memorial City Mall in Houston, Texas, working at both McDonalds and Forever 21. He was approached by two individuals from his neighborhood that he knew as "Junior" and "Huero" who offered him a "job that paid good". A few days later, on November 14, 2022, he again encountered Junior on the street and was again offered the job of transporting illegal immigrants, to which he agreed.

9. Junior told PERALEZ to go to a local convenience store, where he would be picked up by Junior's father. Junior's father met PERALEZ at the store as planned in a rental

car before driving him to the house where Junior and his father lived. PERALEZ identified this residence for investigators using Google maps. At the house, PERALEZ was provided with a ping destination on his cell phone, which was a location on a rural stretch of roadway on Texas Highway 16, located north of Hebbronville, Texas. Junior then provided PERALEZ with the keys to the rental vehicle that he had been picked up in by Junior's father. PERALEZ departed toward his destination at approximately 12:30am, arriving at the destination at approximately 5:30am.

10. PERALEZ was provided additional driving instructions in real-time by Junior and Huero over the phone during his travels, which made him believe they had placed a tracker on the rental vehicle. During one of these phone calls, PERALEZ was instructed that when he picked up the alien load, a certain person would be entering the vehicle and sitting in the front passenger seat. If they encountered law enforcement on the return trip, PERALEZ was instructed to identify that passenger as his brother or cousin. PERALEZ claims he was threatened if he failed to do so and stated he took the threats seriously because he has observed Junior to carry a black semi-automatic Glock pistol in his waistband. PERALEZ believes that this individual was the brush guide for the group. While on a phone call with Junior and Huero, he arrived at the phone ping destination and was told to stop on the side of the road and unlock his doors. Moments later, six people jumped into the vehicle. PERALEZ was told to begin driving back to Houston and to await further instructions in the next phone call. He continued driving until he was stopped and arrested in Goliad, Texas.

11. PERALEZ provided investigators consent to inspect his cell phone, and provided the screen unlock code. He showed investigators the ping location where he picked up the illegal alien group and provided two phone numbers for Junior. He identified the residence of Junior on Google maps and provided a physical description of the house and some of the vehicles that were parked there. He also recalled that he had once heard Huero refer to Junior as "Mario".

12. The interview with PERALEZ ended, but PERALEZ was reapproached later that same day by Agents Marshall and Moya. Using the identifiers PERALEZ had previously provided, six pack photo lineups were created for both the father and the son that are listed as

3

occupants of the residence PERALEZ had identified as belonging to the organizers of the smuggling event. PERALEZ positively identified the person he knows as "Junior" in the photo lineup.

13. The rental car used by PERALEZ to transport the undocumented immigrants was researched and determined to have been rented on November 14, 2022, by Junior's father at Budget Rent-a-Car the Houston IAH Airport, providing his TX Driver's License number, Date of Birth, and cell phone number. The expected return date for the rental vehicle was November 15, 2022.

14. Interviews were then conducted upon the four adult undocumented immigrants that were being transported by PERALEZ. All four admitted to being Mexican Nationals without status to enter or reside in the United States. The commonalities of their statements revealed that they had all illegally entered the United States together by swimming the Rio Grande River in the vicinity of Nuevo Laredo, Tamaulipas, Mexico after paying $5,000 Mexican Pesos for permission to cross. They walked for several days through the brush but denied having a brush guide in the group. They admitted to coming out of the brush to a highway in the pre-dawn hours that same morning and waiting approximately 30 minutes before their load vehicle stopped in front of them on the shoulder of the road for them to get inside, but none claimed knowledge of how arrangements were made for the smuggling vehicle to meet them.

15. The facts of the case were presented to AUSA Patti Booth, who accepted the case for prosecution for violations of 8 U.S. Code § 1324(a)(1)(A)(ii), Bringing in and harboring certain aliens; knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law.

## CONCLUSION

16.     I submit that this affidavit supports probable cause for an arrest warrant for Raymond Joe PERALEZ in this matter for a violation of Title 8 United States Code 1324, Alien Smuggling.

Respectfully submitted,

Carl E. Marshall
HSI Special Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim..P.4.1, and probable cause found, on this 17th day of Nov.  , 2022.

Mitchel Neurock, U.S. Magistrate Judge